**EDWARD B. GELLER, ESQ., P.C.**
15 Landing Way
Bronx, New York 10464
Tel: (914)473-6783

August 2, 2018

Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Case No. 18-cv-04103
    Abreu v. Receivable Collection Services, LLC

Dear Judge Chen:

I am Of Counsel to M. Harvey Rephen & Associates, P.C., attorney for Plaintiff Bianca Abreu in the above captioned matter. Defendant Receivable Collection Services, LLC has requested a pre-motion conference pursuant to its request to file a motion to dismiss under Fed. R. Civ. P. 12(b)(6). After reviewing Defendant's letter dated July 22, 2018, Plaintiff has agreed to discontinue this matter. A Stipulation of Dismissal is being prepared and will be filed with the Court shortly.

Thank you for your consideration and attention to this matter.

Very truly yours,

Edward B. Geller
EBG/pw