# *ROBERT L. ARLEO, ESQ. P.C.*
380 Lexington Avenue
17th Floor
New York, N.Y.  10168

Telephone: (212) 551-1115					Fax: (518) 751-1801
Email: robertarleo@gmail.com

September 20, 2018

M. Harvey Rephen, Esq.
M. Harvey Rephen & Associates, P.C.
708 Third Avenue, 6th Fl.
New York, New York   10017
Via email to consumeradvocatenyc@gmail.com

Edward B. Geller, Esq. P.C.
15 Landing Way
Bronx, New York   10464
Via email to epbh@aol.com

RE:  Blanca Abreu v. Receivable Collection Service, LLC
     18-cv-04103 (PKC)(LP)

Dear Mr. Rephen and Mr. Geller:

Please find attachments hereto as follows in regard to Defendant's motion for attorneys fees:

1) Notice of Motion;
2) Memorandum of Law in support thereof;
3) Affidavit of Mark Hablenko and exhibit "1" attached thereto; and
4) My Affirmation in support and exhibit "1" attached thereto.

Sincerely,

/ s / *Robert L. Arleo*

Robert L. Arleo

RLA:gra
Cc: Mark Hablenko